**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AHMAD MOHAMMAD AL DARBI,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-2371 (RCL)** |
| ) | |
| **BARACK OBAMA,** *et al.*, ) | |
| ) | |
| **Respondents.** ) | |
| ) | |

## ORDER

Upon consideration of respondents' Consent Motion [206] for Further Enlargement of Time to Respond to the Discovery Order entered May 17, 2010, it is hereby

ORDERED that respondents' motion is GRANTED; and it is further

ORDERED that respondents are allowed until June 1, 2010, to complete the ordered discovery.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on May 25, 2010.